FILED
7/15/19 4:49 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 19-22555-TPA |
| Thomas Llyod Brown, Jr | : | Chapter: | 13 |
| *Debtor(s).* | : | Date: | 7/12/2019 |
| | : | Time: | 11:30 |

## PROCEEDING MEMO

**MATTER:**   #9 Order to Show Cause on Certificate of Exigent Circumstances

   #5 Application to Pay Filing Fee in Installments
   ***(Debtor to personally appear)***

**APPEARANCES:**
   Debtor:    Pro Se
   Trustee:    Ronda Winnecour

**NOTES:**

Winnecour:

**OUTCOME:**   #9:  Case dismissed w/o prejudice
   #5:  DENIED as moot in light of dismissal

jlm